UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHELE TAYLOR,

    Plaintiff,

v.        Case No. 3:25-cv-255-TJC-PDB

UNITED STATES POSTAL SERVICE,

    Defendant.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), **Ronnie S. Carter**, Assistant United States Attorney, is hereby designated as lead counsel of record for the Defendant, United States Postal Service.

Dated: May 28, 2025

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

*/s/ Ronnie S. Carter    /*
RONNIE S. CARTER
Assistant United States Attorney
Florida Bar No. 0948667
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6322/6300
Facsimile No. (904) 301-6240
Email: Ronnie.Carter@usdoj.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 28, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I further certify that, upon filing, I will place, as expeditiously as possible, a copy of the foregoing document in first-class mail to the following non-CM/ECF participant listed below:

        Michele Taylor
        77317 Cobblestone Drive
        Yulee, FL 32097
        *Pro se Plaintiff*

                          /s/*Ronnie S. Carter*
                          RONNIE S. CARTER
                          Assistant United States Attorney