# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

MICHELE TAYLOR,
Pro Se Plaintiff,
Plaintiff,

Case No.: 3:25-cv-00255-TJC-PDB

v.

UNITED STATES
POSTAL SERVICE,
Defendant.
_____/

## PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11(c)(2)

**COMES NOW** the Plaintiff, **Michele Taylor,** appearing **Pro Se** and as a Crime Victim Plaintiff, and pursuant to **Federal Rule of Civil Procedure 11,** respectfully files this **Motion for Sanctions against Defendant's counsel, Assistant United States Attorney Ronnie S.** Carter, for filing a **Motion to Dismiss (filed May 9, 2025)** that violates **Rule 11(b)** due to misrepresentations, material omissions, and failure to conduct a reasonable factual investigation.

This Motion is submitted after proper notice in accordance with the **21-day safe harbor period** under **Rule 11(c)(2).**

## I. GROUNDS FOR RULE 11 SANCTIONS

1. Defendant's Motion to Dismiss misrepresents the nature of Plaintiff's FTCA claim, characterizing it as a general mail delay

rather than a matter of **certified mail mishandling** following documented USPS acceptance and delivery issues.

**2.** The Motion was filed **without acknowledgment or disclosure** of the **September 27, 2024** email from **USPS Supervisor Angel Williams,** which contains written admissions of mishandling and internal process violations, thereby materially misleading the Court.

**3.** The Motion lacks any **notarized sworn affidavit** or certification as to the accuracy of its statements, despite Plaintiff's repeated requests and pending motions invoking:

- The **Florida Attorney Act (Sec. 1)**
- The **Foreign Agents Registration Act (FARA)**
- Requirements for sworn, verifiable filings

**4.** Counsel filed the Motion on the **final due date,** and instead of pursuing formal discovery, followed up with a **direct phone call to Plaintiff,** which Plaintiff asserts may have been an improper attempt to gather information off-record.

**5.** The Motion to Dismiss was filed with the apparent purpose of:

- Avoiding factual and evidentiary review;
- Delaying judicial analysis;
- Sidestepping known material evidence;
- Obstructing the advancement of Plaintiff's legitimate claims.

6. These actions are sanctionable under **Rule 11(b)(1)-(3)** for lack of factual basis, failure to investigate, and for causing undue delay.

## II. LEGAL BASIS AND AUTHORITIES

- **Rule 11(b), Federal Rules of Civil Procedure**: Requires that all filings be grounded in fact, law, and not presented for improper purpose.
- *Marbury v. Madison,* 5 U.S. 137 (1803): Courts are the proper venue for review of legal misconduct.
- *People v. California Protective Corp.,* 76 Cal. App. 354 (1926): Legal actors must be properly authorized; improper filings constitute fraud upon the court.
- **42 U.S.C. §1983**: Protects Plaintiff's right to due process and equal protection, including when litigating without licensed representation.

Plaintiff appears **Pro Se,** invokes protections under **42 U.S.C. §1983,** and respectfully seeks to preserve judicial integrity in light of the pattern of avoidance and unsupported filings by Defendant's counsel.

## III. REQUEST FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests that this Court:

1. Enter an Order imposing **Rule 11** sanctions upon **AUSA Ronnie S. Carter,** including:

- Monetary sanctions as deemed appropriate;
- An Order **striking the Motion to Dismiss** filed **May 9, 2025:**
- Referral for disciplinary consideration, if warranted.

**2.** Require Defendant to submit any further filings with **notarized sworn affidavits,** or verification in compliance with applicable federal and state requirements.

**3.** Grant any such other relief this Court deems just and proper.

**Respectfully submitted,**

**Date:** June 16, 2025

**By:** /s/ Michele Taylor
Michele Taylor
*Pro Se Plaintiff, Crime Victim*
77317 Cobblestone Drive
Yulee, Florida 32097
Phone: 904-536-6119
**Email:** m69way@aol.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **16th day** of **June 2025,** a true and Correct copy of the foregoing **Motion for Rule 11 Sanctions** was served via **Fed Ex Mail** and/or the **Court's CM/ECF system,** to:

Ronnie S. Carter, Esq.
**Assistant United States Attorney**
United States Attorney's Office
300 North Hogan Street
Suite 700
Jacksonville, Florida 32202
**Email:** Ronnie.Carter@usdoj.gov

By /s/ Michele Taylor
**/s/ Michele Taylor**
Michele Taylor
*Pro Se Plaintiff, Crime Victim*
77317 Cobblestone Drive
Yulee, Florida 32097
904-536-6119
**Email:** m69way@aol.com