# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MICHELE TAYLOR             Case No.: 3:25-cv-00255-TJC-PDB
  Pro Se Plaintiff,

v.

UNITED STATES
POSTAL SERVICE,
  Defendant.
_____/

## NOTICE OF FILING PLAINTIFF'S MOTION TO DISQUALIFY ATTORNEY AUSA RONNIE S. CARTER FOR UNAUTHORIZED PRACTICE OF LAW, FAILURE TO REGISTER UNDER FARA, AND LACK OF JURISDICTION

**COMES NOW,** Plaintiff **Michele Taylor,** appearing **Pro Se,** and hereby provides notice that she has filed the attached:

> **Plaintiff's Motion to Disqualify Attorney AUSA Ronnie S. Carter for Unauthorized Practice of Law, Failure to Register under FARA, and Lack of Jurisdiction**

This filing includes legal argument under:

- **22 U.S.C. §§ 611(b), 611(c)(1)(iv)**
- **Florida Stat. § 454.23**
- **Rule 11(b), Federal Rules of Civil Procedure**

- **42 U.S.C. §§ 1983** and **1985**
- **Rule 60(b)(4)**

A copy of the motion has been served via **FedEx** and/or the **Court's CM/ECF system** on the opposing counsel listed below.

**Respectfully submitted,**

**Dated:** June 17, 2025

*/s/ Michele Taylor*
Michele Taylor
*Pro Se Plaintiff / Crime Victim*
77317 Cobblestone Drive
Yulee, Florida 32097
**Phone:** (904) 536-6119
**Email:** m69way@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **17th** day of **June, 2025,** a true and correct copy of the foregoing **Notice of Filing** and **Motion** was served upon:

- Ronnie S. Carter, Esq.

Assistant United States Attorney
**United States Attorney's Office**
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202
**Email:** Ronnie.Carter@usdoj.gov

/s/ Michele Taylor
Michele Taylor
*Pro Se Plaintiff / Crime Victim*
77317 Cobblestone Drive
Yulee, Florida 32097
**Phone:** 904-536-6119
**Email:** m69way@aol.com