# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

Michele Taylor,
   Plaintiff,

Case No.: 3:25-cv-255-TJC-PDB

v.

United States Postal Service,
   Defendant.

_____/

## NOTICE OF FILING AFFIDAVIT OF TRUTH AND STATUS REBUTTAL

**COMES NOW,** Plaintiff, **Michele Patrice Taylor, *pro se*,** and provides notice to this Honorable Court and all parties of record that she has filed the attached **Affidavit of Truth and Status Rebuttal,** duly notarized, which is intended to rebut statutory presumptions of corporate legal personhood and to preserve her rights as a living Indigenous woman appearing specially and under protest.

This document is entered into the record without prejudice, under full reservation of rights, and with lawful standing under **UCC 1-308,** the **Florida Constitution,** and the **U.S. Constitution.**

**Respectfully submitted,**

**Date:** June 25, 2025

*/s/ Michele Patrice Taylor*
Michele Patrice Taylor
*Pro Se Plaintiff/ Crime Victim*
77317 Cobblestone Drive
Yulee, Florida 32097
**Phone:** 904-536-6119
**Email:** m69way@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **25th day** of **June 2025,** a true and correct copy of the foregoing **Notice of Filing Affidavit of Truth and Status Rebuttal** was furnished via **e-Portal/ FedEx/** to all parties on the below Service List to:

- **RONNIE S. CARTER**
**Assistant United States Attorney**
Florida Bar Number: 0948667
300 North Hogan Street
Suite 700
Jacksonville, Florida 32202
**Email:** Ronnie.carter@usdoj.gov

By: */s/ Michele Patrice Taylor*
Michele Patrice Taylor
*Pro Se Plaintiff/ Crime Victim*
77317 Cobblestone Drive
Yulee, Florida 32097
**Phone:** 904-536-6119
**Email:** m69way@aol.com

**STATE OF FLORIDA**
**COUNTY OF NASSAU**

**AFFIDAVIT OF TRUTH**

**Rebuttal of Presumptions of U.S. Citizenship and Legal Personhood**

I, **Michele Patrice Taylor,** also known as **Michele Patrice Way,** and formerly known as **Michele Patrice Green,** being of sound mind, competent, and standing as a living woman on the land known as North America, hereby declare under penalty of perjury that the following is true, correct, and complete to the best of my knowledge, belief, and understanding:

1. I am not a corporate entity, trust, legal fiction, U.S. citizen under the 14th Amendment, or any other commercial designation created without my express, knowing, and voluntary consent.

2. I am an Indigenous woman domiciled on the land known as Florida, a living, breathing being created by the Divine Creator — not subject to corporate jurisdiction derived through assumption, adhesion, or unconscionable contract.

3. I rebut any presumption that I am a "U.S. citizen" for purposes of commercial, statutory, or administrative jurisdiction, including but not limited to presumed fiduciary obligations, commercial liability, or submission to civil codes not enacted by common law or natural right.

4. Any application, form, or digital submission that may have referenced "U.S. citizen" was completed under necessity, without full disclosure, and shall not be construed as waiver or consent to artificial classification or jurisdiction.

5. I reserve all unalienable rights at all times, explicitly and implicitly, pursuant to **UCC 1-308, U.S. Constitution Articles I, IV, V, and IX, the Florida Constitution Article I,** and international law.

6. I appear as a pro se litigant without the benefit of licensed legal counsel, and I hereby invoke the protections of **42 U.S.C. § 1983** and **§ 1985,** preserving my constitutional rights to due process, equal protection, and meaningful access to the courts. I do not waive any natural liberties, Indigenous standing, or constitutional protections secured to me under the Florida Constitution and the Constitution of the United States.

7. I hereby act as the **Beneficiary and/or Executor** of any/all trusts or entities created in my name without my full consent. I do not consent to be surety for any artificial entity created without my voluntary, knowing agreement.

8. Any presumption that I am subject to corporate BAR governance, foreign attorney jurisdictions, or administrative courts operating in equity without Article III constitutional authority is hereby rebutted.

9. I issue this affidavit as **Notice to Agent is Notice to Principal, and Notice to Principal is Notice to Agent.** Failure to rebut this affidavit point-by-point, under oath and full commercial liability, shall constitute agreement and tacit acquiescence.

Executed on this 25 day of June, 2025.

Respectfully and without prejudice,
All rights reserved,

**UCC 1-308 / Without Prejudice / Without Recourse**

**Signature of Affiant:**

*/s/ Michele*

**Michele Patrice Taylor**
Living Woman / Indigenous / Private

**NOTARY ACKNOWLEDGMENT**

**STATE OF FLORIDA**
**COUNTY OF NASSAU**

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 25th **day** of June, **2025, by Michele Patrice Taylor,** who is personally known to me or has produced FL. DRIVER LICENSE as identification.

**Signature of Notary Public:**

*/s/ Susan Frazier*

**Notary Public, State of Florida**

SUSAN N. FRAZIER
Notary Public, State of Florida
My Comm. Expires 3/30/2028
Commission No. HH 500651

**Printed Name:** SUSAN N FRAZIER
**My Commission Expires:** 03/30/2028

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **25th day** of **June 2025,** a true and correct copy of the foregoing **Notice of Filing and Affidavit of Truth** has been served via **e-Service** and /or **FedEx Mail,** to the following:

- **RONNIE S. CARTER**
**Assistant United States Attorney**
Florida Bar Number: 0948667
300 North Hogan Street
Suite 700
Jacksonville, Florida 32202
**Email: Ronnie.carter@usdoj.gov**

By: /s/ Michele P. Taylor
**/s/ Michele Patrice Taylor**
Michele Patrice Taylor
*Pro Se Plaintiff / Crime Victim*
77317 Cobblestone Drive
Yulee, FL 32097
**Phone:** 904-536-6119
**Email: m69way@aol.com**